IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY JENE SIMPSON, JR.,

    Plaintiff,     No. CIV S-07-2108 FCD EFB P

  vs.

COUNTY OF STANISLAUS, et al.,

    Defendants.     <u>ORDER</u>

                               /

Plaintiff, a state prisoner without counsel, has filed a civil rights action. *See* 42 U.S.C. § 1983.

Plaintiff alleges a violation of his civil rights in Stanislaus County, California. Stanislaus County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 3-120(b).

Accordingly, it is hereby orderd that:

1. This action is transferred to the Fresno Division.

2. The Clerk of Court shall assign a new case number.

/////

/////

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: April 25, 2008.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE